[No. 12118–2–II.  Division Two.  February 12, 1990.]

PUBLIC EMPLOYEES MUTUAL INSURANCE COMPANY, *Respondent,* v. OREGON MUTUAL INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 87–2–02680–2, Robert L. Harris, J., entered June 16, 1988. *Reversed* by unpublished opinion per Baker, J. Pro Tem., concurred in by Alexander, C.J., and Langsdorf, J. Pro Tem.